**E-FILED**
Wednesday, 16 November, 2005  08:48:10 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWIN C. DAVID and WESLEY E. DAVID, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-1234 |
| ) | |
| ILLINOIS STATE POLICE, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

This matter is now before the Court on Plaintiffs' Motion to Transfer Case pursuant to 28 U.S.C. § 1404(a).  Section 1404(a) provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

With all due respect, the plain language of § 1404 provides for a discretionary transfer of a case pending in federal court from one federal district to another.  It does not provide a federal plaintiff with a mechanism for removing a case pending in state court to federal court.  Federal law allows removal from state court at the option of the defendant; however, in this case it is not the Defendants, but rather the Plaintiffs seeking what amounts to a removal.  While it appears that Plaintiffs could possibly have included the state court claims in the present § 1983 action, they presumably considered their desired forum in bringing the separate state court suit and cannot now avoid the consequences or inconvenience of that decision by invoking a remedy that simply does not exist under federal law.

The Motion to Transfer Case [#14] is therefore DENIED.  This matter is again referred to Magistrate Judge Gorman for Further Proceedings.

ENTERED this 15th day of November, 2005.

s/ Michael M. Mihm  
Michael M. Mihm  
United States District Judge